|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cv-00185-CDB |
| --- | --- |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO DEPOSIT FUNDS |
| v. | |
| 14.368 ACRES, MORE OR LESS, SITUATED IN KERN COUNTY, STATE OF CALIFORNIA, et al., | (Doc. 4) |
| Defendants. | |

Plaintiff filed this condemnation action pursuant to the Declaration of Taking Act, 40 U.S.C. § 3114, on February 8, 2024.  (Doc. 1).  On the same day, Plaintiff filed the instant ex parte motion seeking leave to deposit funds.  (Doc. 4).  Plaintiff seeks to deposit $140,000.00 in the Court's registry, which it estimates to be the just compensation for the property interests to be taken by eminent domain in this action.  Plaintiff's ex parte motion is made pursuant to Federal Rule of Civil Procedure 67, and Local Civil Rule 150.

For good cause shown, Plaintiff's motion is GRANTED.  The Clerk of Court shall accept the deposit of One Hundred Forty Thousand Dollars and 00/100 Cents ($140,000.00) tendered by the United States of America, including by check or intra-governmental payment and collection,

///

///

and shall deposit these funds into an interest-bearing account under Federal Rule of Civil Procedure 67 and Local Civil Rule 150.

IT IS SO ORDERED.

Dated: __**February 22, 2024**__                    _____
UNITED STATES MAGISTRATE JUDGE