UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )    Case No.: 1:24-cv-0185-JLT-CDB
          PLAINTIFF,                     )
                                         )    **PROPOSED ORDER GRANTING**
     v.                                  )    **MOTION FOR JUDGMENT ON THE**
                                         )    **PLEADINGS AS TO THE**
14.368 ACRES, MORE OR LESS,              )    **LAWFULNESS OF THE**
SITUATED IN KERN COUNTY, STATE           )    **CONDEMNATION**
OF CALIFORNIA, AND PRECIOUS              )
EARTH INC, et al.,                       )
                                         )
DEFENDANTS.                              )
                                         )

**PROPOSED ORDER**

The Court, having considered the United States' Motion for Judgment on the Pleadings as to the Lawfulness of the Condemnation, and having considered Defendants' opposition thereto, finds that the motion should be GRANTED.

Because the condemnation was for a Congressionally authorized public use, the condemnation is legal and Defendant's objections and affirmative defenses challenging the taking of the Subject Property are invalid. This matter shall proceed according to the Declaration of Taking Act, 40 U.S.C. § 3114, and the procedures contained in FED. R. CIV. P. 71.1 to determine the amount of just compensation owed by the United States for this condemnation.

SO ORDERED, this the __ day of ____, 2024.

_____
JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

1