UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> 14.368 ACRES, MORE OR LESS, ) <br> SITUATED IN KERN COUNTY, STATE ) <br> OF CALIFORNIA, AND PRECIOUS ) <br> EARTH INC, et al., ) <br> ) <br> DEFENDANTS. ) | Case No.: 1:24-cv-0185-JLT-CDB <br><br> [PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW BENJAMIN SCHNEIDER AS COUNSEL FOR PLAINTIFF** <br><br> (Doc. 34) |

Upon review of the Motion to Withdraw Benjamin Schneider as Counsel for Plaintiff ("Motion"), and for good cause appearing, the Motion is **GRANTED**. Benjamin Schneider's appearance on behalf of Plaintiff United States of America in the above-referenced case is hereby terminated.

SO ORDERED, this the 10th day of April, 2025.

_____
CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE